

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2015

No. 04-15-00409-CV

Larry Dean **DAVIS**,
Appellant

v.

Ann-Marie Roberts-**DAVIS**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-10500
Honorable Richard Price, Judge Presiding

# O R D E R

On July 7, 2015, Appellant filed a notice of appeal and an affidavit of indigence in this court. Appellant's indigence was contested, and the trial court sustained the contest. *See* TEX. R. APP. P. 20.1.

Given the trial court's determination that Appellant is not indigent, we order Appellant to pay costs of this appeal, including the $195.00 and $10.00 filing fees. *See id.*

**If Appellant fails to pay the filing fees within TEN DAYS of the date of this order, this appeal may be dismissed.** *See id.* R. 5, 42.3; *In re W.J.C.*, No. 04-05-00532-CV, 2005 WL 3477883, at *1 (Tex. App.—San Antonio Dec. 21, 2005, no pet.) (mem. op.).

All other appellate deadlines are suspended pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court